■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERIC BACOTE, Appellant. [867 NYS2d 370]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about January 9, 2008, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Williams, Buckley and Renwick, JJ.

■ APHRODITE PIMENTEL, Respondent, v MARX REALTY & IMPROVEMENT CO., INC., Appellant. [867 NYS2d 384]—Order, Supreme Court, Bronx County (Howard R. Silver, J.), entered on or about December 10, 2007, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

Defendant, an out-of-possession landlord that reserved the right of reentry to inspect and make structural repairs, failed to demonstrate its entitlement to judgment as a matter of law (*Cortes v 1515 Williamsbridge Assoc.*, 295 AD2d 188 [2002]; *see Guzman v Haven Plaza Hous. Dev. Fund Co.*, 69 NY2d 559, 565 [1987]). Plaintiff's evidence raised an issue of fact as to whether the lack of a handrail in the stairwell was a structural defect that violated a specific statutory provision, contributing to her fall. Concur—Lippman, P.J., Mazzarelli, Williams, Buckley and Renwick JJ.